513 A.2d 390

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**William T. DANNAKER, III.**

Supreme Court of Pennsylvania.

Aug. 20, 1986.

Petition for Allowance of Appeal GRANTED, No. 100 E.D. Appeal Docket 1986.

513 A.2d 390

**In re APPEAL OF UPPER PROVIDENCE POLICE DEL-AWARE COUNTY LODGE # 27 FRATERNAL ORDER OF POLICE FROM AWARD OF ARBITRATORS.**

**Petition of UPPER PROVIDENCE TOWNSHIP.**

Supreme Court of Pennsylvania.

Aug. 26, 1986.

Petition for Allowance of Appeal GRANTED, No. 101 E.D. Appeal Docket 1986.